IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSE A. TRINIDAD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:15cv323-WHA |
| DANIEL JOE MOORE, JR., and RDB TRUCKING, LLC, | ) (wo) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

Following a telephone conference held on this day with attorneys for the parties it is hereby ORDERED as follows:

1. Plaintiff's Motion for Continuance (Doc. #133) is GRANTED to the extent that the trial of this case is continued from October 3, 2016 to the court's term of court commencing December 12, 2016. The case is set for pretrial on November 9, 2016.

2. The Plaintiff is given until October, 28, 2016 to complete discovery on drug tests and related matters. Defense counsel are DIRECTED to see that appropriate representatives of RDB Trucking, LLC are made available at times and places mutually available to counsel for the parties in advance of that deadline.

3. Plaintiff is DIRECTED to obtain and furnish to Defendants copies of his income tax returns and wage information, now in the possession of his accountant, no later than October 10, 2017.

4. The Plaintiff is DIRECTED to furnish the Defendants promptly with all medical records showing payment of medical expenses by collateral sources and offsetting expenses of the Plaintiff, and the parties are DIRECTED to reach a stipulation as to the net medical expenses to which the Plaintiff would be entitled in the event of a verdict in his favor, no later than October 28, 2016.

5. The parties are given until October 3, 2016 to file responses to the opposing party's objections to their exhibit lists, with copies of exhibits to which they do not concede objections attached.

6. No discovery not covered by this Order will be allowed and all other existing deadlines remain in full force and effect.

Done this 26th day of September, 2016.

    /s/ W. Harold Albritton_____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT COURT