IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSE A. TRINIDAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2:15cv323-WHA |
| | ) |
| DANIEL JOE MOORE, JR., and | ) (wo) |
| RDB TRUCKING, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on the Defendants' Objections to Plaintiff's Second Amended Exhibit List (Doc. #229). On February 2, 2017, this court entered an Order giving the parties dates on which to file supplemental exhibit lists, objections, and responses to those objections. The Plaintiff timely filed an Amended Exhibit List (Doc. #225), to which the Defendants objected (Doc. #229).

The Plaintiff filed responses to other motions and objections by the Defendants on the deadline given (Doc. #249), but does not respond to the exhibits identified in Defendants' Objections to the Amended Exhibit List (Doc. #229), specifically exhibits 50, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, and 97. For the most part, the Defendants' objections are to the use of the documents in Phase I. There are, however, some objections to the use of documents in either phase, but the Plaintiff has not complied with the Order to respond to the objection and to provide a copy of the objected-to exhibit (Doc. #215).

Accordingly, the Defendants' OBJECTIONS are SUSTAINED as to Plaintiff's Exhibits 91, 96, and 97, and are SUSTAINED as to Plaintiff's Exhibits 87, 88, 89, 90, 92, 93, 94, and 95 in Phase I only.  The objection to Plaintiff's Exhibit 50 will be addressed in a separate Order on the Defendants' Motion to Exclude.

Done this 27th day of February, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE