IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSE A. TRINIDAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.  2:15cv323-WHA |
| | ) |
| DANIEL JOE MOORE, JR., and | )     (wo) |
| RDB TRUCKING, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On February 2, 2017, this court Ordered the Plaintiff to provide evidence of his income and his expenses on stated dates (Doc. #211). On February 3, 2017, this court Ordered the Plaintiff to file a statement of the amount he claims as lost earnings in this case and the basis for that claim (Doc. #216).

In response, the Plaintiff filed a document which states that it is responsive to the court's Order at Document number 211.  Within that filing, however, the Plaintiff has stated that his claim for lost earning capacity in the past and future is $245,833.  The Plaintiff then states that he intends to incorporate his 2016 wage information as an offset to his lost earning capacity in the past, and estimates he incurred $123,955.70 in expenses.  It appears, therefore, that the figure provided does not include the Settlement Sheets and expenses evidence provided in response to this court's orders.  The court cannot discern from the Plaintiff's filing what dollar figure the Plaintiff will seek to recover at trial as compensatory damages for loss of past earnings.  Accordingly, it is hereby ORDERED that

the Plaintiff is given until noon on February 28, 2017 to provide the court with a statement of the amount he seeks in past lost earnings in this case.

Done this 27th day of February, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE