# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOSE A. TRINIDAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2:15cv323-WHA |
| | ) |
| DANIEL JOE MOORE, JR., and | ) (wo) |
| RDB TRUCKING, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal With Prejudice (Doc. #258), it is hereby ORDERED that this case is DISMISSED with prejudice, the parties to bear their respective costs and fees.

All pending motions are DENIED as moot.

Done this 21st day of April, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT COURT